ROOF HEALTH CLUB, INC., Appellant, *v.* JAMLEE HOTEL CORP., Respondent.

Argued January 16, 1947; decided February 28, 1947.

*Sidney Friedman* and *Herbert Dannett* for appellant.
*Hyman Fried* and *Martin B. Nadle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.